UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CHESTER L. WALLACE, #330282, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | No.: 3:14-cv-383-PLR-CCS |
| v. ) | |
| ) | |
| JERRY LYNCH, et al., ) | |
| ) | |
| *Defendants*. ) | |

## **MEMORANDUM**

On November 19, 2014, plaintiff was ordered to complete and return the service packets for the defendants within 20 days. Plaintiff's copy of that order, which was mailed to him at his last known address of Morgan County Correctional Complex, was returned undelivered on November 24, 2014, with the notation "paroled." Plaintiff bears the burden of prosecuting his action, which includes informing the Court of his correct mailing address, and he has not done so.

Accordingly, this action will be **DISMISSED WITHOUT PREJUDICE**, *sua sponte*, for failure to prosecute and to comply with the orders of this Court. Fed. R. Civ. P. 41(b); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991). The Court will **CERTIFY** that any appeal from this action would not be taken in good faith and would be totally frivolous. *See* Fed. R. App. P. 24.

**AN APPROPRIATE ORDER WILL ENTER.**

_____
**UNITED STATES DISTRICT JUDGE**