UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CHESTER L. WALLACE, #330282, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.: 3:14-cv-383-PLR-CCS |
| v. ) | |
| ) | |
| JERRY LYNCH, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the Court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and to comply with the orders of the Court. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

E N T E R :

_____
UNITED STATES DISTRICT JUDGE

**ENTERED AS A JUDGMENT:**

   *s/ Debra C. Poplin*
   **CLERK OF COURT**